IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH FOLKS, o.b.o.<br>JIMMIE L. FOLKS, JR.,<br>Deceased,<br><br>   Plaintiff<br><br>   v.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. 1:22-CV-1803<br><br><br><br><br><br>(Magistrate Judge Carlson) |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 22d day of October 2025.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

<u>*S/Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge